

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BORJAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL BENOV, Warden,<br><br>　　　　　Respondent. | NO. SA CV 08-0362 AHS (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: APR 21 2008 , ~~2008.~~

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE